YEE & KAWASHIMA, LLLP

| | |
|---|---|
| JARED N. KAWASHIMA | 6289 |
| CHRISTIN D. WEHRSIG | 10038 |

1000 Bishop Street, Suite 908
Honolulu, Hawaii  96813
Telephone:  (808) 524-4501
Facsimile:  (888) 524-0407
Email:	jared@yklawhawaii.com
	christin@yklawhawaii.com

Attorneys for Plaintiffs
Trustees of the Painting Industry of Hawaii Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAINTING INDUSTRY OF HAWAII HEALTH AND WELFARE FUND, by its Trustees, Jimmy Dominguez, Shawn Kurihara, Raymond Fujii, Ronald Yanagi, Ryden Valmoja, and Lorna Woo; PAINTING INDUSTRY OF HAWAII TRAINING FUND, by its Trustees, Jimmy Dominguez, Shawn Kurihara, Raymond Fujii, Ryden Valmoja, and Lorna Woo; PAINTING INDUSTRY OF HAWAII ANNUITY FUND, by its Trustees, Jimmy Dominguez, Ronald Yanagi, Raymond Fujii, Ryden Valmoja, and Lorna Woo; PAINTING INDUSTRY OF HAWAII LABOR-MANAGEMENT COOPERATION FUND, by its Trustees, Jimmy Dominguez, Ronald Yanagi, Raymond Fujii, Ryden Valmoja, and Lorna Woo; | CV 15-00045-DKW-BMK<br><br>STIPULATED JUDGMENT AND ORDER<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>(Caption continued on next page) |

| | |
|---|---|
| PAINTING INDUSTRY OF HAWAII VACATION FUND, by its Trustees, Lari Bloom, Geraldine Lee, Raymond Fujii, Ryden Valmoja, and Lorna Woo; PAINTING INDUSTRY OF HAWAII RESERVE BENEFIT FUND, by its Trustees, Glenn Shiroma, Geraldine Lee, Raymond Fujii, Ryden Valmoja, and Lorna Woo; | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| LARRY L. LUIS, III dba LARRY'S PAINTING UNLIMITED; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATED JUDGMENT AND ORDER

COME NOW Plaintiffs PAINTING INDUSTRY OF HAWAII TRUST FUNDS ("Plaintiff") by and through their attorneys Yee & Kawashima LLLP, and Defendant LARRY L. LUIS, III dba LARRY'S PAINTING UNLIMITED ("Defendant"). Plaintiffs and Defendant have agreed to resolve this matter through the entry of a stipulated judgment. Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Painting Industry Of Hawaii Trust Funds and against Larry L. Luis, III dba Larry's Painting Unlimited in the amount of $71,764.63, which consists of:

(1) $63,687.15 in delinquent contributions for the reporting period of January 2014, February 2014, and March 2014; and

(2) $3,203.15 in liquidated damages for the reporting period of January 2014, February 2014, and March 2014.

(3) $4,874.33 in attorneys fees and costs.

Upon entry of this Stipulated Judgment, post-judgment interest at the statutory rate of ten percent (10%) per annum shall apply.

This Stipulated Judgment is entered pursuant to full and fair negotiations between the parties.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over the parties to enforce this Stipulated Judgment.

This is the final judgment and there are no other claims pending by or against any party.

[Signatures on the following page]

DATED: Honolulu, Hawai`i, October 14, 2015.

/s/ Christin D. Wehrsig
JARED N. KAWASHIMA
CHRISTIN D. WEHRSIG
Attorneys for Plaintiffs, Painting Industry of
Hawaii Trust Funds

/s/ Larry L. Luis, III
LARRY L. LUIS, III dba LARRY'S PAINTING
UNLIMITED
Defendant

APPROVED AND SO ORDERED.

DATED: October 19, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

In the United States District Court For The District Of Hawaii; Civil No. CV 15-00045-DKW-BMK; Painting Industry of Hawaii Health and Welfare Fund, et al., vs. Larry L. Luis, III dba Larry's Painting Unlimited; *Stipulated Final Judgment And Order*